UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## JS-6

### CIVIL MINUTES – GENERAL

| Case No. | 8:26-cv-00481-FWS-KES | Date | June 17, 2026 |
|---|---|---|---|
| Title | United African-Asian Abilities Club et al v. Stonecrest Pointe Enterprises et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The court, having been advised by a Notice of Settlement [13] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

|  | - __ : __ - |
|---|---|
| Initials of Deputy Clerk | rrp |

CC: